No. 111, Misc. ANDERSON v. DUFFY, WARDEN. Supreme Court of California. Certiorari denied.

No. 112, Misc. SCHULTZ v. PENNSYLVANIA. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 114, Misc. MAHURIN v. MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 336, October Term, 1950. DENNIS ET AL. v. UNITED STATES, 341 U. S. 494. The motion for leave to file supplemental petition for rehearing is granted. The motion for leave to file brief of Richard E. Westbrooks and Earl B. Dickerson, as *amici curiae,* is denied. The petitions for rehearing are denied. The motion for leave to file petitions for rehearing of order limiting certiorari is denied. MR. JUSTICE BLACK is of the opinion the petition for rehearing of the order limiting certiorari should be granted. MR. JUSTICE CLARK took no part in the consideration or decision of these applications.

No. 656, October Term, 1950. ANDERSON v. COMMISSIONER OF INTERNAL REVENUE, 341 U. S. 935. Motion for leave to file petition for rehearing denied.

No. 374, Misc., October Term, 1950. ROEDEL v. UNITED STATES, 341 U. S. 917;
No. 458, Misc., October Term, 1950. PORCH v. GEORGIA, 341 U. S. 954;
No. 469, Misc., October Term, 1950. IN RE PHYLE, 341 U. S. 942; and
No. 521, Misc., October Term, 1950. GREEN v. UNITED STATES, 341 U. S. 955. The petitions for rehearing in these cases are severally denied.